UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DRECO BROWN,
Inmate No. 12166-003,
    Plaintiff,

vs.                                                 Case No.:   3:20cv4490/LAC/EMT

M. NICHOLS,
    Defendant.
_____/

## **ORDER**

       The chief magistrate judge issued a Report and Recommendation on August 12, 2020 (ECF No. 8).  The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).   No objections have been filed.

       Having considered the Report and Recommendation, I have determined it should be adopted.

       Accordingly, it is **ORDERED**:

       1.     The chief magistrate judge's Report and Recommendation (ECF No. 8) is adopted and incorporated by reference in this order.

2. This case is **DISMISSED** without prejudice for Plaintiff's failure to comply with an order of the court.

**DONE AND ORDERED** this 22nd day of September, 2020.

       *s/L.A. Collier*
       **LACEY A. COLLIER**
       **SENIOR UNITED STATES DISTRICT JUDGE**